IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:20cr226-RAH-JTA |
| | ) [18 U.S.C. § 922(g)(1)] |
| JOSHUA EUGEAN BEAN | ) |
| | ) |
| | ) INDICTMENT |

The Grand Jury charges:

## COUNT 1
(Possession of a Firearm by a Convicted Felon)

On or about May 29, 2018, in Chilton County, Alabama, within the Middle District of Alabama, the defendant,

### JOSHUA EUGEAN BEAN,

knowing he had previously been convicted of a crime punishable by imprisonment for a term in excess of one year, did knowingly possess firearms and ammunition, in and affecting interstate and foreign commerce, that is, a Browning, Model A5, 12 gauge shotgun; a Revelation (Mossberg), Model R310AB (500) 12 gauge shotgun; a Savage, Model Stevens 94H, .410 gauge shotgun; a Remington, Model 7400, .243 caliber rifle; a Remington, Model 41, .22 caliber rifle; a Hans Walischmiller Markdorf, Model EA/R, .38/.357 caliber revolver; a Marlin, Model 30A 30-30 caliber rifle and live ammunition, better descriptions of which are unknown, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A.     The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c).

B.    Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in Count 1 of this Indictment, the defendant,

JOSHUA EUGEAN BEAN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c), any firearms and live ammunition involved in the commission of the offenses in violation of Title 18, United States Code, Section 922(g)(1). The property includes, but is not limited to, Browning, Model A5, 12 gauge shotgun, serial number 69G87668; a Revelation (Mossberg), Model R310AB (500), 12 gauge shotgun, serial number D62170; a Savage, Model Stevens 94H, .410 gauge shotgun, serial number E587704; a Remington, Model 7400, .243 caliber rifle, serial number 8248960; a Remington, Model 41, .22 caliber rifle, serial number 112168; a Hans Walischmiller Markdorf, Model EA/R, .38/.357 caliber revolver, serial number 1734859; a Marlin, Model 30A, 30-30 caliber rifle, serial number 25139177 and live ammunition.

C.    If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1)    cannot be located upon the exercise of due diligence;

(2)    has been transferred or sold to, or deposited with, a third party;

(3)    has been placed beyond the jurisdiction of the court;

(4)    has been substantially diminished in value; or

(5)    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
Foreperson

_____
LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

_____
Russell T. Duraski
Assistant United States Attorney

_____
Verne H. Speirs
Assistant United States Attorney