UNITED STATES DISTRICT COURT

FOR THE Middle DISTRICT OF Alabama

United States Of America,
Plaintiff / Respondent,

v.

Joshua Eugean Bean,
Defendant / Petitioner

Case No. 1127 2:20CR00226-001

2023 OCT 30 A 11: 44

## DEFENDANT'S MOTION FOR ADJUSTMENT OF SENTENCE

Defendant Joshua Eugean Bean, pro se, asks this Honorable Court to apply a sentence reduction in consideration of:

✓ November 1, 2023 amendment to U.S.S.G. § 4A1.1 concerning "Status Points" which affected Defendant's Criminal History calculation retroactively because the current offense was committed while under "any criminal justice sentence", such as imprisonment, probation, or supervised release.

___ November 1, 2023 amendment which added U.S.S.G. § 4C1.1 concerning a 2 Level reduction to the offense level of certain offenders with zero criminal history points, which affected Defendant's offense level retroactively.

Defendant has reviewed the respective amendments from the Sentencing Commission and believes the marked amendment(s) apply to him. Therefore, Defendant asks this Honorable Court to adjust his sentence accordingly pursuant to 18 U.S.C. 3582(c)(2) and in consideration of the amendment(s) marked above.

Executed on this date of: 10-25-23.

X Joshua Bean

Name: Joshua Eugean Bean
Reg. #: 16594509
Address: Federal Correctional Complex (Low)
P.O. Box 9000
Forrest City, AR 72336