IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CRIMINAL ACTION NOS. |
| v. | ) | 2:20cr226-RAH-1 |
| | ) | |
| JOSHUA EUGEAN BEAN | ) | |

## **O R D E R**

Pending before the Court is the Motion for Adjustment of Sentence filed pro se by Joshua Eugean Bean. (Doc. 66.) Accordingly, it is

ORDERED that the Defendant's Motion is REFERRED to the Amendment 821 Screening Panel for recommendation. (*See* 2:23-cm-4048-ECM).

DONE, on this the 14th day of November 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE