Case 2:20-cr-00226-RAH-JTA   Document 69   Filed 02/27/24   Page 1 of 1

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

United States of America
v.
Joshua Eugean Bean

Case No: 2:20cr226-RAH
USM No: 16594-509

Date of Original Judgment: 08/03/2022
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

William Clay Teague
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The defendant received two status points under USSG §4A1.1(d) for a total criminal history score of 16 (CHC VI). A reduction of one status point under Amendment 821 Part A results in a total criminal history score of 15 (CHC VI). Pursuant to USSG §1B1.10(a)(2)(B), a reduction in the defendant's term of imprisonment is not consistent with this policy statement and therefore is not authorized under 18 U.S.C. §3582(c)(2) if the amendment does not lower the applicable guideline range.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 02/27/2024

*Judge's Signature*

Effective Date: _____
*(if different from order date)*

R. Austin Huffaker, Jr., U.S. District Judge
*Printed name and title*